| | |
|---|---|
| 1  COUGHLIN STOIA GELLER<br>       RUDMAN & ROBBINS LLP<br>2  TRAVIS E. DOWNS III (148274)<br>   JAMES I. JACONETTE (179565)<br>3  BENNY C. GOODMAN III (211302)<br>   655 West Broadway, Suite 1900<br>4  San Diego, CA  92101<br>   Telephone:  619/231-1058<br>5  619/231-7423 (fax)<br>   travisd@csgrr.com<br>6  jamesj@csgrr.com<br>   bgoodman@csgrr.com<br>7         – and –<br>   SHAWN A. WILLIAMS (213113)<br>8  SUZANNE H. KAPLAN (247067)<br>   100 Pine Street, Suite 2600<br>9  San Francisco, CA  94111<br>   Telephone:  415/288-4545<br>10 415/288-4534 (fax)<br>   swilliams@csgrr.com<br>11 shkaplan@csgrr.com | *IT IS SO ORDERED*<br>*[signature] Judge James Ware*<br><br>SCHIFFRIN BARROWAY TOPAZ<br>    & KESSLER LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>SANDRA G. SMITH<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br>ezagar@sbtklaw.com<br>rwinchester@sbtklaw.com<br>ssmith@sbtklaw.com |

12  Co-Lead Counsel for Plaintiffs

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

| | |
|---|---|
| 16 In re ALTERA CORP. DERIVATIVE<br>    LITIGATION<br>17<br>18 This Document Relates To:<br>19        ALL ACTIONS. | )  Master File No. C-06-03447-JW<br>)<br>)  NOTICE OF VOLUNTARY DISMISSAL<br>)<br>)<br>)<br>) |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD PLEASE TAKE NOTICE

2  WHEREAS, Plaintiff Michael Nakhimovsky, on May 26, 2006, filed a Shareholder
3  Derivative Complaint in the United States District Court for the Northern District of California,
4  captioned *Nakhimovsky v. Berlan*, No. 5:06-cv-03447-JW (the "*Nakhimovsky* Action");

5  WHEREAS, Plaintiff LA Murphy, on June 1, 2006, filed a Shareholder Derivative
6  Complaint in the United States District Court for the Northern District of California, captioned
7  *Murphy v. Daane*, Case No. 5:06-CV-03520-JW (the "*Murphy* Action");

8  WHEREAS, Plaintiff Wayne County Employees' Retirement System, on July 17, 2006, filed
9  a Shareholder Derivative Complaint in the United States District Court for the Northern District of
10 California, captioned *Wayne County Employees' Retirement System v. Daane*, Case No. CV 06-
11 4352-RMW (the "*Wayne County* Action");

12 WHEREAS, Plaintiff Alaska Electrical Pension Fund, on June 22, 2006, filed a Shareholder
13 Derivative Complaint in the United States District Court for the Northern District of California,
14 captioned *Alaska Electrical Pension Fund v. Daane*, Case No. CV 06-03895-PVT (the "*Alaska
15 Pension* Action");

16 WHEREAS, on August 7, 2006, this Court issued an Order consolidating the *Nakhimovsky*,
17 *Murphy*, *Wayne County* and *Alaska Pension* Actions for all purposes under the caption *In re Altera
18 Corp. Derivative Litig.*, Case No. 5:06-CV-03447-JW;

19 WHEREAS, on October 3, 2006, this Court issued an Order appointing Alaska Electrical
20 Pension Fund, Wayne County Employees' Retirement System, Benjamin Savin, and Michael
21 Nakhimovsky as Co-Lead Plaintiffs;

22 WHEREAS, on November 30, 2006, Lead Plaintiffs filed the Consolidated Verified
23 Shareholders Derivative Complaint;

24 WHEREAS, on May 15, 2008, this Court issued an Order Dismissing Lead Plaintiffs'
25 Consolidated Complaint With Leave to Amend;

26 WHEREAS, on June 16, 2008, Lead Plaintiffs filed the First Amended Consolidated
27 Shareholders Derivative Complaint ("First Amended Consolidated Complaint");

28

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - C-06-03447-JW                      - 1 -

1  WHEREAS, on July 15, 2008, Altera Corporation filed a Motion to Dismiss Plaintiffs' First
2  Amended Consolidated Verified Shareholders Derivative Complaint for Lack of Standing;
3  WHEREAS, Lead Plaintiffs, through their counsel of record and pursuant to Fed. R. Civ. P.
4  23.1 and 41(a), hereby voluntarily dismiss the case of *In re Altera Corp. Derivative Litigation*, Case
5  No. 5:06-CV-03447-JW; and
6  WHEREAS, the parties agree that they will each bear their own fees and costs.
7  NOW, THEREFORE, NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
8  Procedure 23.1 and 41(a), Lead Plaintiffs voluntarily dismiss the First Amended Consolidated
9  Complaint without prejudice.

DATED:  September 15, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
JAMES I. JACONETTE
BENNY C. GOODMAN III


          s/ Benny C. Goodman III
           BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
SUZANNE H. KAPLAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
SANDRA G. SMITH
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

1  I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL.* In compliance with General Order 45, X.B., I hereby attest that Mark D. Gursky has concurred in this filing.

DATED: September 15, 2008

MORRISON & FOERSTER LLP
JORDAN ETH
CRAIG D. MARTIN
MARK D. GURSKY

s/ Mark D. Gursky
MARK D. GURSKY

425 Market Street
San Francisco, CA  94105-2482
Telephone:  415/268-7000
415/268-7522 (fax)

MORRISON & FOERSTER LLP
ANNA ERICKSON WHITE
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone:  650/813-5600
650/494-0792 (fax)

Attorneys for Nominal Defendant ALTERA CORPORATION

I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL.* In compliance with General Order 45, X.B., I hereby attest that George H. Brown has concurred in this filing.

DATED: September 15, 2008

GIBSON DUNN & CRUTCHER LLP
GEORGE H. BROWN

w/ George H. Brown
GEORGE H. BROWN

1881 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/849-5339
650/849-5039 (fax)

Attorneys for NATHAN M. SARKISIAN

1    I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL*.  In compliance with General Order 45, X.B., I hereby attest that Henry W. Asbill has concurred in this filing.

DATED:  September 15, 2008              DEWEY & LEBOEUF LLP
                                        HENRY W. ASBILL
                                        KERRI L. RUTTENBERG


                                             s/ Henry W. Asbill
                                        HENRY W. ASBILL

                                        1101 New York Avenue, N.W., Suite 1100
                                        Washington, DC  20005
                                        Telephone:  202/986-8000
                                        202/986-8102 (fax)

                                        TODD L. PADNOS
                                        DEWEY & LEBOEUF LLP
                                        One Embarcadero Center, Suite 400
                                        San Francisco, CA  94111-3619
                                        Telephone:  415/951-1100
                                        415/951-1180 (fax)

                                        Attorneys for C. WENDELL BERGERE

     IT IS SO ORDERED.

   This Order terminates Docket Item Nos. 138, 142.  The Clerk shall close this file.

    Dated:  September 18, 2008          _____
                                        JAMES WARE
                                        United States District Judge